OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-3605

June 18, 2014

Dear Mr. Quine,

In response to your letter dated June 9, 2014, please be advised that you have two (2) cases now pending in this court, as follows:

1) **Case # 14-2556 JST**

   Case # 14-2556 JST was opened as a civil action in response to your May 22, 2014, letter in which you cited gangs, "enemy safety issues," and an attempt on your life.

   *To date, we have not received your complaint on form or IFP application in this case.*

2) **Case #14-2726 JST**

   Case # 14-2726 JST was filed on June 12, 2014, as a new civil action after we received your complaint alleging different claims than those asserted in your letter; specifically, deliberate indifference to serious medical needs related to a gender identity disorder.

   *Your IFP was received with your complaint and filed in this case.*

**Please notify the court immediately if you did not intend to file either one of these civil actions.**

A blank copy of our Civil Rights complaint form and In Forma Pauperis application are enclosed.

Sincerely,

Pro Se Paralegal

enclosures

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Rodney Quine, #C34038
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA
93960