```
1  Rodney James Quine, C-34098
2  CMF Q1-103
3  P.O. Box 2000
4  Vacaville, CA. 95696
5  In Pro Per
```


FILED
2014 SEP -8 P 3:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodney James Quine, AKA Shiloh Quine, Plaintiff, v. Edmund G. Brown et.al., Defendants. | CASE NO. 14-cv-02726-JST (PR) REQUEST TO ADD ON TO THE FILED CIVIL RIGHTS ACT, 42 U.S.C § § 1983 COMPLAINT THAT AWAITS REVIEW UNDER 28 U.S.C. 1915 A |

I, Rodney James Quine, declare under the penalty of perjury the following:

1. I request of this honorable district judge if appropriate under the courts proceeding this be allowed.

2. Plaintiff's prison incarceration is at the California Medical Facility at CMF-Vacaville, California.

3. I had brought the above action complaint as a diagnosed inmate on hormone therapy with a Gender Identity Disorder (GID)[1] SEE EXHIBIT PAGE 8,9

---
[1] Plaintiff refer to herself using female feminine pronouns in her filing

1  PARTICULARLY, SEEKING A PERMANENT INJUNCTION
2  REQUIRING THE CALIFORNIA DEPARTMENT OF CORRECTIONS
3  AND REHABILITATION (CDCR) TO PROVIDE SEX REASSIGN-
4  MENT SURGERY (SRS). ACCORDINGLY, FOR HER COMPLEX
5  MEDICAL AND PSYCHOGICAL PROBLEMS CONTENDING AS
6  A TRANSGENDER TRANSEXUAL AND TRANSSEXUALISM
7  WITH A "SERIOUS MEDICAL NEED" CONSISTENT WITH
8  PURPOSES FOR NEEDED INTERVENTION (SRS) RELAT-
9  ING TO HER (GID) AND HER OWN (CDCR) PSYCHOTHERAPIST
10 RECENTLY RECOMMENDED (SRS) FOR EFFECTIVE FOR
11 HER (GID) CONDITION DUE TO A HISTORY OF SUICIDE
12 ATTEMPTS AND ANXIETING.
13 4. DUE TO OFFICIALS ACTUAL KNOWLEDGE OF MY SER-
14 IOUS MEDICAL NEEDS, THIS TRIGGERS THE EIGHTH A-
15 MENDMENT PROTECTION EVOLVING "CRUEL AND UN-
16 USUAL PUNISHMENT INVOLVING A STANDARD OF DECENCY
17 AND INFLICTIONS OF PAIN WITH NO LEGITIMATE PENOLO-
18 GICAL PURPOSE FOR (CDCR)'S "DELIBERATE INDIFFERENCE"
19 5. CONDITIONS WILL CONTINUE IN ABSENCE OF A IN-
20 JUNCTION FOR OFFICIALS TO PROVIDE (SRS) FOR HUMAN
21 ADEQUATE MEDICAL CARE FOR MY HEALTH AND SAFETY
22 SEE: FARMER V. BRENNAN, 511 U.S. 825, 832, 114 S.CT.
23 1970 128 L.ED.2d 811 (1994) (INTERNAL QUOTATION
24 OMITTED) SEE: ESTELLE, 429 U.S. AT 104 97 S.CT. 285
25 AND BROWN V. PLATA, U.S. 131 S.CT. 1910, 1928, 179 L.
26 ED.2d 969 (2011) AND FIELDS V. SMITH CITE AT
27 712 F.SUPP. 2d. 830 (E.D. WIS. 2010)
28 6. PLAINTIFF WAS CONVICTED OF MUR-

1    order and sentenced to LWOP with-
2    out parole in 1981. Also is housed at
3    the (CMF) mental health crisis suicide
4    facility bed for attempted suicide on
5    June 10, 2014. To date. After attempted
6    stabbing on the sensitive needs yard (SNY)
7    took place, deeming plaintiff with
8    "safety concerns". I am now placed here
9    (CMF) acute inpatient level of care on
10   antidepression Prozac.
11   7. Since childhood I've had a very
12   feminine manner, acted most times
13   as a girl, walked like one, wore make
14   up at school, clothing too, had, have still
15   feminine hair styles, I had attempted to
16   castrate myself and had took hormones
17   shortly. Had unsucessfully tried to cut my pen-
18   is off, I used and still use nail polish,
19   played with dolls, liked both men and
20   women.
21   My feelings have intensifed still I
22   have a hatred for my genitals and be-
23   ing trapped inside the wrong body. I
24   have female appearance bone struct-
25   ure, a little waist to hip ratio that I
26   appear female, a lack of muscle mass.
27   It's hard to function in a mans body. is
28   the attempts of suicides history and
      why.

8. PLAINTIFF IS IN A ALL MALE PRISONS. AND IN WHICH, CREASES SEXUAL ACTIONS AND ASSAULTS HAVING BREASTS AND NOT HAVING A PRIVATE SHOWER WHICH RAISES GENUINE SECURITY CONCERNS WHEN MALE INMATES ARE NOT ALLOWED ACCESS TO LOOK AT MAGAZINES, BOOKS, PICTURES OF NUDE PICTURES, BREAST ETC.. PER (CDCR) POLICY. DUE TO PROBLEMS TO FEMALE OFFICIAL STAFF. THAT WORK HERE, I LIVE HERE. I'M A VULNERABLE INMATE AND DUE TO THIS "PRESUMPTIVE FREEZE-FRAME BLANKET POLICY" I'M NOT ALLOWED NO SUFFICIENT ACTIONS FOR (SRS), FEMALE HOUSING OR A MORE SENSITIVE HOUSING "NUDE CHEEK IONE PRISON TRANSGENDER FRIENDLY FACILITY" TO PRESERVE MY EQUAL PROTION RIGHTS NO BRA ACCESS AT (CMF) OR (SVSP).

9. ACCORDINGLY, WITH ALL THESE ESSENTIAL CASE FACTORS ELEMENTS TO PLAINTIFF AND THAT OF OFFICIALS CULPABLE STATE OF MIND THERE ARE ADVERSE CONSEQUENCES THAT ARE PRECISELY POSING A SERIOUS RISK OF HARMS TO ME. REGARDLESS OF POLITICAL CRITICISM I MEET THE CRITERIA UNDER THE WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH (WPATH). (CDCR)

1. see BATTISTA V. DENNEHY 05-11456-DPW, AUG. 23, 2010 TRI. AT 52.

4

1  PROVIDES SURGERIES OF EQUAL OR
2  GREATER COSTS FOR INMATES MORE EXPEN-
3  SIVE THAN (SRS).
4  10. EVEN UNDER SENTENCING AND PUNISH-
5  MENT I'M ENTITLED TO (SRS) FOR MY
6  CONDITION THAT IS SERIOUS. SEE. Kosilek
7  v. Spencer, 740 F.3d 733 (4TH CIR 2014)
8  (Reh'g En BAN GRANTED) NOW PENDING
9  A (SRS) REVIEW AND OPINION.
10 11. PLAINTIFF HAS WORKED JOBS AS A
11 FEMALE, ALSO LIVED AS ONE. So I've
12 HAD THE "REAL LIFE EXPERINCE" LIVING
13 AS A WOMEN. IN ADDITION, I BEEN
14 ON AND ON PRESCRIBED HORMONE
15 THERAPY JAN. 1, 2009 TO DATE, FOR
16 MY (GID) DYSPHORIA TREATMENT AND
17 I STILL PINE EVERYDAY TO BE WHOLE
18 AS A WOMEN "SEX REASSIGNMENT"
19 FOR NECESSARY ESSENTIAL ADEQUATE
20 CARE THAT IS COLLABORATED BY (WPATH)
21 STANDARDS OF CARE AND BY (CDCR) OWN
22 PSYCHOTHERIST FOR (SRS).
23 12. I'M HOUSED AROUND SEX OFFENDERS. I
24 HAVE BREASTS, TATTOO MAKE UP ON
25 MY EYE BLUE AND BLACK AND MY
26 CHECKS AND LIPS ARE PINK, I HAVE
27 LONG LONG HAIR. I HAVE A VERY
28 LITTLE HAIR ON FACE ETC., ITS HARD

5

1 NOT BEING ABLE TO CHANGE MY ANATOM
2 Y. I HAVE CHRONIC (GID) AND UNDER THE
3 (WPATH) SEVENTH VERSION THESE RULES
4 SHOULD APPLY. See: Kosilek v. Spencer,
5 cite as 889 F. Supp. 2d 190 (D.MASS 2012)
6 13. PLAINTIFF HAS USED THE INMATE
7 APPEAL PROCESS AVAILABLE TO REQUES
8 T (SRS) BUT HAS EXHAUSTED IT
9 AND BEEN DENIED RELIEF.
10 14. A (PLRA) INJUNCTIVE RELIEF WOULDN'T
11 HURT PUBLIC SAFETY IN CORRECTIVE STATE
12 OR FEDERAL RIGHTS FOR PLAINTIFFS
13 WELL BEING AS A HUMAN BEING.
14 15. PLAINTIFF IS NOT SEEKING SEGRE
15 GATION FROM THE MALE OR FEMALE
16 POPULATION FOR SAFETY REASONS 23
17 HOUR A DAY IN A CELL OR WITHIN A
18 MENTAL CRISIS BED PLACEMENT.
19 16. I'M UN-REPRESENTED BY COUNSEL AND
20 UNABLE TO AFFORD ONE, THE (SRS),
21 AND DESIRE BOTH. I WOULD REQUEST
22 FUTURE COSTS FOR BOTH FEES AND
23 IF NEEDED, A JURY TRIAL AND A
24 (GID) EXPERTS FOR EVALUATION FOR
25 (SRS).
26 17. PLAINTIFF ACCORDINGLY, HAS A
27 GENUINE ISSUE(S) AND INFLICTIONS OF
28 PAIN RELEVANT TO HER MALE ANATOMICALLY.

6

18. PLAINTIFF HAS ATTEMPTED ALL HER LIFE TO ADJUST AND LIVE AS A WOMEN BUT FEELS MY MAN BODY IS NO MORE THAN A MISTAKE AND I HAVE INTENSE MENTAL ANGUISH AND CONFLICT BEING TRAPPED IN A MANS BODY.

DATE: 9-1-2014

*Rodney Quine*

I declare the above is true and mailed at CMF Vacaville, California on 9-3-2014 by U.S. Mail pre-paid postage envelope.

DATE: 9-3-2014

*Rodney J. Quine aka Shiloh Quine*
*Shiloh Quine*

2. PLAINTIFF HAS NO ACCESS TO A PEN BUT IF GROUP RUNS PER A DAY SOMETIMES FOR A 45 MINUTES.

7

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION CDCR 128G

| NAME: | QUINE | NEXT ANNUAL: | 8/4/2015 | DDP CLARK: | NCF |
|---|---|---|---|---|---|
| CDC NUMBER: | C34038 | CUSTODY: | MEDA | DPP ARMSTRONG: | NONE |
| RACE: | WHITE | CUSTODY TO: | MEDA | TB: | 22 PER SOMS |
| HOUSING: | Q1-103L | CS SCORE/LEVEL: | 87/IV TO 85/IV | MDO: | NOT REFERRED |
| RELEASE DATE: | MEPD LWOP | WG/PG: | A1/A EFF 7/9/2014 | TABE BATTERY: | 12.9 PER DECS |
| IHC: | RE | MHSDS LOC: | DSH/APP | CSRA: | 1 |

**COMMITTEE ACTION:**

**Annual Review: Psych and return from SVSP-IV SNY; continue present program.**

**COMMITTEE NOTES:**

Subject's case factor were reviewed in absentia per CCR 3375(3)(B) on this date before the Facility III CMF-UCC, based on committee considering all clinical assessments and input related to Subject's current required acute care. Subject is a participant in the Mental Health Delivery System (MHSDS) at the Department State Hospital (DSH) Acute Inpatient Level of Care.

A conference will be conducted with Subject in order to explain the UCC process, in which CCI A. Andres will explain the reason for committee, the proposed committee action, along with his appeal rights. This conference will take place after the initial meeting with DSH staff, who shall determine when the Subject may best understand the UCC process. Effective communication will be established by speaking slowly, clearly, and using simple English. Additionally, Subject will be asked to rephrase in his own words what he understood took place. CCI D. Nguyen will serve as a Staff Assistant to ensure Subject understands the UCC action and deliberations to the fullest extent possible and for the purpose of better understanding the issues discussed during the conference.

Subject is being rated from 8/4/2013 to 8/3/2014 for his annual review. Subject remained disciplinary free during the rating period. Subject's placement score has been adjusted from 87 to 85 points based on one period of disciplinary free behavior. Subject is currently psych unassigned due to being admitted to CMF-DSH. There are no CDC 101 Work Supervisor's Reports noted. There are no CDC 128-E Education Progress Reports noted. Subject's CDC 127, 812, 840, and MSF Screening Form have been reviewed and updated as appropriate.

**CASE FACTORS:**

1. Psych and return from SVSP-IV SNY.
2. Remaining case factors correspond with CDC 128-G dated 7/22/2014.

| 812: | CONFIDENTIAL: | GANG/STG: | VISITING RESTRICTIONS: |
|---|---|---|---|
| Noted & updated on 7/18/2014. | Noted & updated on 7/18/2014. | None. | Non-Contact Visiting. |

**MISCELLANEOUS:**

1. **ASU:** None.
2. **SHU:** None.
3. **SNY:** Per CDC 128-G dated 7/8/1998, subject requested SNY placement due to enemy concerns and having prior PHU placement due to testifying in his murder case.

**CASEWORK FOLLOW-UP:**

None.

| CHAIRPERSON: | T. HUNTLEY, CAPT | RECORDER: | A. ANDRES, CCI |
|---|---|---|---|
| MEMBERS: | K. ALLEN, CCII | STAFF ASSISTANT: | D. NGUYEN, CCI |
| DATE: 8/7/2014 | ANNUAL REVIEW | | CMF-DSH |

AUG 07 2014

(Ex-1)-8

DECLARATION BY QUINE

STATE OF CALIFORNIA )
COUNTY OF SOLANO )

PLAINTIFF declares under the penalty of perjury these contents are true as follows:

1. I have attempted numerous times; paper access, to a pen or some form of material to reply to my court pending as my own counsel.

2. Defined Article 6 (CCR) Title 15 own rules it states my access to courts shall not be obstructed. Even in restricted unit.

3. I need resource material available not just in dayroom group time. I need copies etc... CMC library provided case law one time. I am not keeping a copy of this for my file. I hope one is enough for court.

I declare the above is true mailed on 9-3-2014.

Rodney Quine

Case Name: Quine V. Brown, et al.,
Case Number: 14-CV-2726-JST (PR)
Court: U.S. Northern District Court

# PROOF OF SERVICE BY MAIL

I, Rodney James Quine declare:

That I am over the age of eighteen years of age and am not a party to the above entitled cause of action. That I reside in Solano County, California at the California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.

That on 9-3-2014 I served the attached: a true copy of the attached: Complaint for Further Review

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system at the California Medical Facility, Vacaville, California, addressed as follows:

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on 9-3-2014 at the California Medical Facility, Vacaville, California.

Rodney J. Quine
Declarant

Quine R.
Declarant's Signature



Robert [illegible] C-34038
91-103, P.O. Box 2000
CMF-Vacaville, CA.
95696

CLER[K]
COURT [OF APPEALS?]
OF CA[LIF.]
450 G[OLDEN GATE]
SAN F[RANCISCO]

"CONFIDENTI[AL]"

