R. SHILOH QUINE L54658
MCSP- PO BOX 409020
IONE CA 95640
1-1-2015

FILED
JAN -7 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ML&B, Ms. KRUPSKI ATTORNEY ASSOCIATE
ONE MARKET SPEAR STREET TOWER
S.F., CA. 94105

RE: QUINE V. BROWN NO. 14-CV-2726-JST (PR)
FIRST AMENDED COMPLAINT

MS. KRUPSKI:

IN REGARDS TO ABOVE-ENTITLED MATTER ON DEC. 10, 2014 YOU AMENDED MY 42 U.S.C § 1983 ACTION FOR (SRS) CASE AS ASSIGNED BY DISTRICT JUDGE TIGAR.

AS YOUR CLIENT UNDER JDC REFERRAL DEPARTMENT I'M VERY PLEASED WITH YOUR REPRESENTATION IN REGARDS TO SURGERY (SRS). MY CDCR NAME CHANGE WAS DENIED FROM MASCULINE BIRTH NAME RODNEY JAMES QUINE TO SHILOH HEAVENLY QUINE, BY WARDEN. POTENTIAL SECURITY RISKS (SEE DEC. 23, 2014 LETTER) ENCLOSED. IS IT POSSIBLE TO BRING IN CASE?

ALSO, IN ADDITION I STILL WOULD LOVE SUCCESSFULL REPRESENTATION APPOINTMENT IN RESPONSE TO THE ASSOCIATED ATTORNEY SERVICES PROCEEDINGS IN THE REGARDS OF SEPARATE ASPECTS OF CLIENTS CLAIMS IN RESPONSE TO SETTLEMENT FUNDS FOR DAMAGES AND FAILURE TO KEEP PLAINTIFF SAFE...

THANK YOU FOR YOUR TIME AND CONSIDERATION FOR POSSIBLE ADDITIONAL REPRESENTATION.


I DECLARE UNDER PENALTY OF PERJURY ABOVE IS TRUE AND MAILED IN U.S. MAIL (MCSP) ON
DATE: 1-1-2015                    Quine, Shiloh


WILLIAM NOBLE, DEPUTY CLERK TO HONORABLE JON S. TIGAR
CC: UNITED STATES DISTRICT COURT
CC: JUSTICE & DIVERSITY CENTER, 301 BATTERY ST., 3RD FLOOR, S.F, CA 94110
CC: ILONA M. TURNER TRANSGENDER LAW CENTER 1629 TELEGRAPH AVE SUITE 400 OAKLAND, CA 94612

R. SHILOH QUINE C-34638
MULE CREEK STATE PRISON
A5-242 P.O. Box 409020
IONE, CA. 95640

UNITED STATES POSTAGE
$ 00.48⁰
02 1M
000.421.4248
JAN.05 2015
MAILED FROM ZIP CODE 95640

PRISON GENERATED MAIL
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

WILLIAM NOBLE, DEPUTY U.S. C/ERK
DISTRICT COURT
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94010

94102::3489