KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General
PREETI K. BAJWA
Deputy Attorney General
State Bar No. 232484
 455 Golden Gate Ave., Ste. 11000
 San Francisco, CA 94102
 Telephone: (415) 703-1621
 Fax: (415) 703-5843
 E-mail: Preeti.Bajwa@doj.ca.gov
*Attorneys for Defendants
J. Beard, S. Pajong, D. Bright, J. Lewis and J. Dunlap*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RODNEY JAMES QUINE,**<br><br>Plaintiffs,<br><br>v.<br><br>**BROWN, et al.,**<br><br>Defendants. | C 14-02726 JST<br><br>**STIPULATION REGARDING DEFENDANTS NAMED IN FIRST AMENDED COMPLAINT**<br><br>Judge: The Honorable Jon S. Tigar<br>Trial Date: N/A<br>Action Filed: June 12, 2014 |

On December 10, 2014, Plaintiff filed her First Amended Complaint. (Dkt. No. 16.) The only named Defendants in the First Amended Complaint are J. Beard, S. Pajong, D. Bright, J. Lewis and J. Dunlap.

On December 19, 2014, the Court ordered "the Clerk shall issue summons and the Marshal shall serve a copy of the amended complaint, any amendments, attachments, and a copy of this order on each defendant." (Dkt. No. 17.)

The parties understand that summonses were inadvertently issued and service was inadvertently made on persons and/or entities who are not named Defendants in the First Amended Complaint, specifically, E. Brown, P. Didbal, R. Grounds, J. Walker, and L. Zamora.

1

1  The parties stipulate and agree that the First Amended Complaint is the operative
2  complaint in this action and that E. Brown, P. Didbal, R. Grounds, J. Walker, and L. Zamora
3  currently are not Defendants in this action and should not have been served.
4  It is so stipulated.

Dated: February 6, 2015

*/s/ Herman J. Hoying*
Herman Hoying, Esq.
Morgan, Lewis & Bockius, LLP
Counsel for Plaintiff

Dated: February 6, 2015

*/s/ Preeti K. Bajwa*
Preeti K. Bajwa, Deputy Attorney General
California Department of Justice
Counsel for Defendants

Per the parties' stipulation, IT IS SO ORDERED.

Dated:  February 10, 2015

Hon.
United
[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
IT IS SO ORDERED
Judge Jon S. Tigar

SF2015400052
11724412.doc

2

Stip. Re. Defs. Named in 1st Am. Compl.   (C 14-02726 JST)

# CERTIFICATE OF SERVICE

Case Name:  **Quine v. Brown, et al,**          No.   **C 14-02726 JST**

I hereby certify that on February 6, 2015, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION REGARDING DEFENDANTS NAMED IN FIRST AMENDED COMPLAINT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On February 6, 2015, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Herman Joseph Hoying**
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Attorney for Rodney James Quine

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 6, 2015, at San Francisco, California.

|  |  |
|---|---|
| R. Caoile | s/ R. Caoile |
| Declarant | Signature |

SF2015400052
41202061.doc