UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODNEY JAMES QUINE,

          Plaintiff,

     v.

JEFFREY BEARD, et al.,

         Defendants.

Case No.  14-cv-02726-JST

**SCHEDULING ORDER**

     The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to add parties or amend the pleadings | 2/25/15 |
| Fact discovery cut-off | 7/10/15 |
| Expert disclosures | 7/10/15 |
| Expert rebuttal | 7/31/15 |
| Expert discovery cut-off | 8/21/15 |
| Deadline to file dispositive motions | 9/18/15 |
| Pretrial conference statement due | 12/1/15 |
| Pretrial conference | 12/11/15 at 2:00 p.m. |
| Trial | 1/4/16 at 8:30 a.m. |
| Estimate of trial length (in days) | Ten |

United States District Court
Northern District of California

United States District Court
Northern District of California

1    Counsel may not modify these dates without leave of court.  The parties shall comply with

2    the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

3    The parties must take all necessary steps to conduct discovery, compel discovery, hire

4    counsel, retain experts, and manage their calendars so that they can complete discovery in a timely

5    manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their

6    calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

7    Trial dates set by this Court should be regarded as firm.  Requests for continuance are

8    disfavored.  The Court will not consider any event subsequently scheduled by a party, party-

9    controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant

10   a continuance.  The Court will not consider the pendency of settlement discussions as good cause

11   to grant a continuance.

12   IT IS SO ORDERED.

13   Dated:  February 25, 2015

_____
JON S. TIGAR
United States District Judge