KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General
PREETI K. BAJWA
Deputy Attorney General
State Bar No. 232484
  455 Golden Gate Ave., Ste. 11000
  San Francisco, CA 94102\
  Telephone: (415) 703-1621
  Fax: (415) 703-5843
  E-mail: Preeti.Bajwa@doj.ca.gov
*Attorneys for Defendants*
*S. Pajong, J. Lewis, D. Bright, J. Beard, and J. Dunlap*

HERMAN J. HOYING
MORGAN, LEWIS & BOCKIUS LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CALIFORNIA 94105-1126
TELEPHONE:   415.442.1000
FACSIMILE:   415.442.1001
HHOYING@MORGANLEWIS.COM
*Attorney for Plaintiff Rodney James Quine aka Shiloh Quine*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RODNEY JAMES QUINE,**<br><br>Plaintiffs,<br><br>v.<br><br>**BROWN, et al.,**<br><br>Defendants. | C 14-02726 JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR RULE 35 INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF**<br><br>Judge:  The Honorable Jon S. Tigar<br>Trial Date:  January 4, 2016<br>Action Filed:  June 12, 2014 |

The Parties, having met and conferred, stipulate to the independent medical examination of Plaintiff Rodney James Quine aka Shiloh Quine per Rule 35 of the Federal Rules of Civil Procedure. The examination is to take place on Friday June 19, 2015, at Mule Creek State Prison,

at a mutually convenient time to be determined by the Parties and Mule Creek State Prison, by defendants' proposed expert witness, Dr. Richard Carroll, Ph.D.  The independent medical examination will include a 2-3 hour clinical interview of Plaintiff regarding her gender identity dysphoria and her desire for sex-reassignment surgery and may include the Minnesota Multiphasic Personality Inventory - 2 (MMPI-2), the Millon Clinical Multiaxial Inventory - III (MCMI-III) Symptom Checklist, and the 90- Revised (SCL-90-R) Stress Inventory Sexual Response Questionnaire Sexual Fantasy Questionnaire

Plaintiff takes no position at this time with regard to whether Dr. Carroll is a "suitably licensed or certified" examiner under Rule 35 and the Parties agree that Plaintiff, by entering this stipulation, does not waive any right and expressly reserves all rights to challenge Dr. Carroll's qualifications and opinions.  Counsel for Plaintiff will be permitted to be present for the initial introduction of Plaintiff to Dr. Carroll and present outside of the examination room but counsel for Plaintiff shall not be permitted to attend the examination.

Except as expressly noted, the Parties agree that the standard for a Rule 35 examination has been met.

SO STIPULATED, on June 2, 2015:

/s/ Herman J. Hoying  
_____  
HERMAN J. HOYING  
*Attorney for Plaintiff*  
*Rodney James Quine aka Shiloh Quine*

/s/ Preeti K. Bajwa  
_____  
PREETI K. BAJWA[1]  
Deputy Attorney General  
*Attorney for Defendants S. Pajong, J. Lewis, D. Bright, J. Beard, and J. Dunlap*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

June 4, 2015  
Dated

*IT IS SO ORDERED*  
*Judge Jon S. Tigar*

SF2015400052/11889276.doc

---

[1] Under Northern District General Order 45, subsection X.B., Defendant's counsel attests that Plaintiff's counsel's gave h34 permission to electronically sign this Stipulation on his behalf.