1  KAMALA D. HARRIS
   Attorney General of California
2  JAY C. RUSSELL
   Supervising Deputy Attorney General
3  MARTINE N. D'AGOSTINO
   Deputy Attorney General
4  State Bar No. 256777
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5233
6   Fax:  (415) 703-5843
    E-mail:  Martine.DAgostino@doj.ca.gov
7  *Attorneys for Defendants*
   *S. Pajong, D. Bright, J. Beard, and J. Dunlap*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHILOH QUINE,**<br><br>Plaintiffs,<br><br>v.<br><br>**BROWN, et al.,**<br><br>Defendants. | C 14-02726 JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DISCOVERY DEADLINES; REQUEST FOR REFERRAL TO MAGISTRATE JUDGE VADAS FOR SETTLEMENT CONFERENCE**<br><br>Judge:   The Honorable Jon S. Tigar<br>Trial Date:   January 4, 2016<br>Action Filed:   June 12, 2014 |

The parties, having met and conferred, jointly stipulate and move to modify the scheduling order in this case.  (*See* Order, ECF No. 34.)  The parties have agreed to modify the schedule as follows:

| Event | Deadline |
|---|---|
| Fact discovery cut-off | ~~7/10/15~~  8/21/15 |
| Expert disclosures | ~~7/10/15~~  7/24/15 |
| Expert rebuttal | ~~7/31/15~~  8/11/15 |

No other deadlines will be affected.  Good cause warrants the extension of these deadlines given the complexity of the case, the amount of discovery sought by the parties, and the pendency of a possible settlement conference.

The parties further stipulate and request that the Court refer them to Magistrate Judge Nandor J. Vadas for a settlement conference, to be set for the earliest mutually-agreeable time.

SO STIPULATED, on July 1, 2015:

| /s/ Herman J. Hoying | /s/ Martine N. D'Agostino |
|---|---|
| HERMAN J. HOYING[1] <br> *Attorney for Plaintiff* <br> *Rodney James Quine aka Shiloh Quine* | MARTINE N. D'AGOSTINO <br> Deputy Attorney General <br> *Attorney for Defendants S. Pajong, J. Lewis, D. Bright, J. Beard, and J. Dunlap* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

| Dated | HON.  JON S. TIGAR <br> United States District Judge |
|---|---|

SF2015400052
20754303.doc

---

[1] Under Northern District Local Rule 5-1(i)(3), counsel for Defendants attests that Plaintiff's counsel gave his permission to electronically sign this stipulation on his behalf.

# CERTIFICATE OF SERVICE

Case Name:   <u>  **Quine v. Brown, et al,**          </u>   No.   <u>  **C 14-02726 JST**           </u>

I hereby certify that on <u>July 1, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DISCOVERY DEADLINES; REQUEST FOR REFERRAL TO MAGISTRATE JUDGE VADAS FOR SETTLEMENT CONFERENCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 1, 2015</u>, at San Francisco, California.

|              M. Luna               |           */s/ M. Luna*            |
|:----------------------------------:|:----------------------------------:|
|             Declarant              |             Signature              |

20754607.doc