KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
MARTINE N. D'AGOSTINO
Deputy Attorney General
State Bar No. 256777
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5233
  Fax:  (415) 703-5843
  E-mail:  Martine.DAgostino@doj.ca.gov
*Attorneys for Defendants*
*S. Pajong, D. Bright, J. Beard, and J. Dunlap*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHILOH QUINE,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**BROWN, et al.,**<br><br>                              Defendants. | C 14-02726 JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DISCOVERY DEADLINES; REQUEST FOR REFERRAL TO MAGISTRATE JUDGE VADAS FOR SETTLEMENT CONFERENCE**<br><br>Judge:         The Honorable Jon S. Tigar<br>Trial Date:    January 4, 2016<br>Action Filed:  June 12, 2014 |

The parties, having met and conferred, jointly stipulate and move to modify the scheduling order in this case.  (*See* Order, ECF No. 34.)  The parties have agreed to modify the schedule as follows:

| Event | Deadline |
|---|---|
| Fact discovery cut-off | ~~7/10/15~~  8/21/15 |
| Expert disclosures | ~~7/10/15~~  7/24/15 |
| Expert rebuttal | ~~7/31/15~~  8/11/15 |

1

Stip. and [~~Proposed~~] Order for Extension of Deadlines & Request for Referral to Magistrate (C 14-02726 JST)

1  No other deadlines will be affected.  Good cause warrants the extension of these deadlines given
2  the complexity of the case, the amount of discovery sought by the parties, and the pendency of a
3  possible settlement conference.
4      The parties further stipulate and request that the Court refer them to Magistrate Judge
5  Nandor J. Vadas for a settlement conference, to be set for the earliest mutually-agreeable time.

SO STIPULATED, on July 1, 2015:

| /s/ Herman J. Hoying | /s/ Martine N. D'Agostino |
|---|---|
| HERMAN J. HOYING[1]<br>*Attorney for Plaintiff*<br>*Rodney James Quine aka Shiloh Quine* | MARTINE N. D'AGOSTINO<br>Deputy Attorney General<br>*Attorney for Defendants S. Pajong, J. Lewis, D. Bright, J. Beard, and J. Dunlap* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

  July 2, 2015
Dated

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
(United States District Court, Northern District of California seal)

SF2015400052
20754303.doc

---

[1] Under Northern District Local Rule 5-1(i)(3), counsel for Defendants attests that Plaintiff's counsel gave his permission to electronically sign this stipulation on his behalf.