# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  July 10, 2015                                                                                    Judge:  Jon S. Tigar

Time:  9 minutes

Case No.      **3:14-cv-02726-JST**
Case Name    **Rodney James Quine v. Jeffrey Beard, et al.**

Attorney for Plaintiffs:          Steven A. Erkell
Attorney for Defendants:      Martine N. D'Agostino
Attorney for Deponent:        Alan Mish

Deputy Clerk:  William Noble                                            Court Reporter:  Not reported

## PROCEEDINGS

Telephonic case management conference further.

## RESULT OF HEARING

1. Court conducted telephonic case management conference regarding deposition of Dr. Kumar.