FILED
NOV 24 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODNEY JAMES QUINE,

Plaintiff,

v.

JEFFREY BEARD, et al.,

Defendants.

Case No. 14-cv-02726-JST

**ORDER RE: CORRESPONDENCE**

The Court has received the letter from Plaintiff dated November 8, 2015, which was addressed to Magistrate Judge Vadas and forwarded to the undersigned. The letter concerns matters that are the province of Plaintiff's counsel and over which the Court has no control or responsibility. The letter contains a proof of service showing that a copy has already been sent to all of Plaintiff's attorneys of record.

The Court will file the letter under seal. The Court will not take further action on the letter.

IT IS SO ORDERED.

Dated: November 24, 2015

_____
JON S. TIGAR
United States District Judge