UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODNEY JAMES QUINE,

        Plaintiff,

    v.

JEFFREY BEARD, et al.,

        Defendants.

Case No.  14-cv-02726-JST

**ORDER RE: CORRESPONDENCE**

The Court has received another letter from Plaintiff, this one dated December 6, 2015.  See ECF No. 58 (order regarding earlier letter).  Like Plaintiff's prior letter, this one was addressed to Magistrate Judge Vadas, who forwarded it to the undersigned, and like the prior letter, this one concerns matters that are the province of Plaintiff's counsel and over which the Court has no control or responsibility.  The letter indicates that copies have already been sent to all of Plaintiff's attorneys of record.

The Court will file the letter under seal.  The Court will not take further action on the letter.

IT IS SO ORDERED.

Dated:  December 29, 2015

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California