UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JAMES QUINE,<br>    Plaintiff,<br>    v.<br>JEFFREY BEARD, et al.,<br>    Defendants. | Case No. 14-cv-02726-JST<br><br>**ORDER TO FILE JOINT LETTER BRIEF**<br>Re: ECF No. 64 |

A Further Settlement Conference was held in this case before Magistrate Judge Nandor J. Vadas on May 17, 2016. The minutes for this conference indicate a disagreement between the parties and order the parties to expeditiously raise the matter before the undersigned. ECF No. 64.

Accordingly, the parties are ordered to file a joint letter brief with the Court by Monday, May 23 at 5:00 P.M. The joint letter brief shall be no longer than five pages and shall set forth the nature of the dispute, the parties' respective positions, and the basis for those positions. The Court will then rule on the basis of the parties' submission, or set a hearing if the Court concludes one is necessary.

IT IS SO ORDERED.

Dated: May 20, 2016

                                                   JON S. TIGAR
                                             United States District Judge