1  Katy M. Young (SBN 267791)
   Herman J. Hoying (SBN 257495)
2  **AD ASTRA LAW GROUP, LLP**
   582 Market Street, 17th Floor
3  San Francisco, CA 94104
   Telephone: (415) 795-3579
4  Facsimile:  (415) 276-1976
   kyoung@astralegal.com
5  hhoying@astralegal.com

6  Attorneys for Plaintiff SHILOH QUINE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SHILOH QUINE,<br><br>            Plaintiff,<br><br>     v.<br><br>JEFFREY BEARD, et al.,<br><br>            Defendants. | CASE NO.:    C 14-02726 JST<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION AND STIPULATION TO REMOVE ERRONEOUSLY- FILED DOCUMENT NO. 63 FROM THE COURT'S DOCKET AND [PROPOSED] ORDER** |

Pursuant to Local Rules 7-11 and 7-12, Plaintiff SHILOH QUINE ("Plaintiff") moves this Court for an Order Removing Erroneously-Filed Document No. 63 from the Court's docket.

The document filed as Docket No. 63 is a three-page letter addressed to The Honorable Nandor Vadas from Plaintiff's counsel concerning issues addressed at a settlement conference on May 17, 2016. The letter brief was inadvertently filed, rather than sent by e-mail directly to the judge. Because the letter brief was submitted in support of a settlement conference, it is confidential and should not be made part of the public record.

Defendants stipulate to this Motion.

Accordingly, Plaintiff requests that Docket No. 63 be permanently deleted from the docket.

Dated: May 17, 2016                                **AD ASTRA LAW GROUP, LLP**


                                      By   */s/ Herman J. Hoying*
                                             Herman J. Hoying
                                             Attorneys for Plaintiff SHILOH QUINE


Dated: May 17, 2016


                                      By   */s/ Martine D'Agostino*
                                             Martine D'Agostino
                                             Attorney for Defendants


**Attestation Under N.D. Cal. Civil Local Rule 5-1(i)**

Concurrence in the filing of this document has been obtained from all signatories, and shall serve in lieu of their signatures on the document.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed on May 17, 2016 in San Francisco, California.

                                             */s/ Herman J. Hoying*
                                             Herman J. Hoying

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3    May 20, 2016
  Dated                                                  HON. JON S. TIGAR
                                                         United States District Judge