United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JAMES QUINE,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | Case No. 14-cv-02726-JST<br><br>**ORDER RE: ENFORCEMENT OF SETTLEMENT AGREEMENT**<br><br>Re: ECF No. 68 |

As ordered, the parties have filed a joint letter brief setting forth their dispute regarding enforcement of their settlement agreement, which was raised before Magistrate Judge Nandor J. Vadas on May 17, 2016. ECF No. 68. The letter brief identifies two issues: (1) whether the parties' dispute is properly raised before Magistrate Judge Nandor Vadas, and (2) whether CDCR's proposed changes to their inmate property policies comply with the terms of the settlement agreement.

With respect to the first issue, CDCR's position – that the Court generally, and Judge Vadas specifically, do not have the authority to resolve the parties' dispute – is without foundation in the record. As stated clearly in the parties' settlement agreement, "[a]ny disputes between the parties concerning this Agreement shall first be presented to Magistrate Judge Nandor J. Vadas for informal dispute resolution without prejudice to a party's right to seek formal relief from the Court." ECF No. 68 at 4. Accordingly, the answer to the parties' first question is "yes."

It is not necessary for the Court to reach the second issue. That issue is not, or at least not yet, before the undersigned. The parties' settlement agreement requires them first to raise that

/ / /

/ / /

/ / /

issue with Judge Vadas, which they are directed to do forthwith.

IT IS SO ORDERED.

Dated: May 24, 2016

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California