KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
MARTINE N. D'AGOSTINO
Deputy Attorney General
State Bar No. 256777
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5233
  Fax:  (415) 703-5843
  E-mail:  Martine.DAgostino@doj.ca.gov
*Attorneys for Defendants*
*California Department of Corrections and
Rehabilitation, Scott Kernan, S. Pajong, J. Walker,
D. Bright, and J. Dunlap*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHILOH QUINE,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**BEARD, et al.,**<br><br>                      Defendants. | C 14-02726 JST<br><br>**STIPULATED REQUEST AND PROPOSED ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Local Rule 6-2<br><br><br>Judge:      The Honorable Jon S. Tigar<br>Action Filed:  June 12, 2014 |

      This matter settled on August 7, 2015.  (Not. of Jt. Settlement Agmt., ECF No. 49.)  The parties are presently scheduled to appear before the Court for a case management conference on November 16, 2016  at 2:00 pm to apprise the Court on progress made toward full execution of the settlement agreement.  (Order Continuing CMC, ECF No. 75.)  Counsel for Defendants, Martine N. D'Agostino, will be out of the office for medical reasons from November 11 to November 18, 2016.  Therefore, the parties jointly request that the Court reschedule the case management conference to a later date.  Because Plaintiff Shiloh Quine is presently scheduled to

1

Stip. to Cont. CMC and Prop. Order  (C 14-02726 JST)

1  undergo sex-reassignment surgery on December 9, 2016, the parties request that the case
2  management conference be the next mutually-convenient available date, January 4, 2017.

Dated: 10/11/16                              *s/ MARTINE D'AGOSTINO*
                                              MARTINE D'AGOSTINO
                                              *Attorney for Defendants*
                                              *California Department of Corrections and*
                                              *Rehabilitation, Scott Kernan, S. Pajong, J.*
                                              *Walker, D. Bright, and J. Dunlap*

Dated: 10/11/16                              *s/ MEGAN LIN*
                                              MEGAN LIN
                                              *Attorney for Plaintiff Shiloh Quine*

### [~~PROPOSED~~] ORDER

Having read and considered the foregoing, and good cause appearing therefore, the Court GRANTS the parties' stipulated request to continue the case management conference. The case management conference is continued to January 4, 2017 at 2:00 p.m.

IT IS SO ORDERED.

Dated: October 11, 2016                      _____
                                              The Hon. S. Jon Tigar
                                              District Judge

SF2015400052
20903501.doc

2