CHRISTOPHER J. BANKS (Bar No. 218779)
PHILLIP J. WIESE (Bar. No. 291842)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone:    415.442.1000
Facsimile:    415.442.1001
christopher.banks@morganlewis.com
phillip.wiese@morganlewis.com

ILONA M. TURNER (Bar No. 256219)
SHAWN THOMAS MEERKAMPER (Bar No. 296964)
FLOR BERMUDEZ (*pro hac vice*)
TRANSGENDER LAW CENTER
1629 Telegraph Ave, Suite 400
Oakland, CA 94612
Telephone:    415.865.0176
Facsimile:    877.847.1278
ilona@transgenderlawcenter.org
shawn@transgenderlawcenter.org
flor@transgenderlawcenter.org

*Attorneys for Plaintiff*
SHILOH QUINE (A/K/A RODNEY QUINE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHILOH QUINE (A/K/A RODNEY JAMES QUINE),<br><br>                    Plaintiff,<br><br>        vs.<br><br>JEFFREY BEARD, et al.,<br><br>                    Defendants. | Case No. 3:14-cv-02726-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING HEARING DATE FOR PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Hearing Date: April 13, 2017<br>Hearing Time: 2 p.m.<br><br>Judge: Hon. Jon S. Tigar |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
RESETTING HEARING DATE

The parties, having met and conferred through their counsel and, subject to Court approval, have agreed to reset the hearing date for Plaintiff's Motion to Enforce the Settlement Agreement from April 13, 2017 to April 27, 2017 at 2 p.m. The parties hereby respectfully submit and request the Court's approval of the following Stipulation and [Proposed] Order:

WHEREAS, Plaintiff filed her Motion to Enforce the Settlement Agreement on March 1, 2017 (ECF #98) (the "Motion"). At that time, Plaintiff scheduled the hearing on the Motion to Enforce for April 13, 2017;

WHEREAS, Plaintiff has since learned that certain of her counsel will be unavailable on April 13, 2017;

WHEREAS, the parties have agreed to reset the hearing for the Motion to April 27, 2017 at 2 p.m.;

WHEREAS, there have been no previous time modifications with respect to the Motion;

WHEREAS, the resetting of the hearing of the Motion will not affect any other deadlines in this action;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to Court approval, as follows:

1. The hearing on Plaintiff's Motion to Enforce the Settlement Agreement will be heard on April 27, 2017, at 2 p.m., in Courtroom 9, 19th Floor, of the San Francisco Courthouse, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: March 23, 2017

By: */s/ Phillip J. Wiese*
PHILLIP J. WIESE

*Attorneys for Plaintiff Shiloh Quine*

By: */s/ Martine D'Agostino*
MARTINE D'AGOSTINO
Deputy Attorney General

*Attorneys for Defendants S. Kernan, S. Pajong, J. Lewis, D. Bright, and J. Dunlap*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __March 23, 2017__, 2017              _____
                                             HON. JON S. TIGAR
                                             United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER
RESETTING HEARING DATE