**BRYAN CAVE LLP**
K. Lee Marshall, California Bar No. 277092
Tracy M. Talbot, California Bar No. 259786
Jeremy B. Fancher, California Bar No. 296968
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: klmarshall@bryancave.com
tracy.talbot@bryancave.com
jeremy.fancher@bryancave.com

Attorneys for Intervenor

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RODNEY JAMES QUINE,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.<br><br>Defendants. | Case No. 14-cv-02726-JST<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING BRIEFING DEADLINES REGARDING MOTION FOR WRIT OF MANDATE AND DECLARATORY INJUNCTIVE RELIEF**<br><br>[Filed concurrently with Joint Stipulation and Declaration of Jeremy Fancher]<br><br>Date Action Filed:<br>Trial Date: Not Assigned |

# **ORDER**

The parties have jointly submitted a Stipulation to Extend Briefing Deadlines regarding motion to intervene and a brief in support of the Motion for Writ of Mandate.

Having read and considered the Stipulation, and good cause appearing.

IT IS HEREBY ORDERED that the deadline for the appointed counsel to file a motion to intervene and a brief in support of the Motion for Writ of Mandate should be extended until July 5, 2017.

IT IS SO ORDERED.

DATED: May 22, 2017

_____
Hon. Jon S. Tigar
United States District Judge

BRYAN CAVE LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111