1  XAVIER BECERRA
   Attorney General of California
2  JAY C. RUSSELL
   Supervising Deputy Attorney General
3  MARTINE N. D'AGOSTINO
   Deputy Attorney General
4  State Bar No. 256777
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5233
6    Fax:  (415) 703-5843
     E-mail:  Martine.DAgostino@doj.ca.gov
7  *Attorneys for Defendants*
   *Scott Kernan, S. Pajong, J. Walker, D. Bright, and J.*
8  *Dunlap*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHILOH HEAVENLY QUINE, f/k/a RODNEY JAMES QUINE,**<br><br>Plaintiffs,<br><br>v.<br><br>**SCOTT KERNAN, et al.,**<br><br>Defendants. | C 14-02726 JST<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY BRIEFING SCHEDULE FOR MOTION TO INTERVENE AND BRIEF IN SUPPORT OF WRIT OF MANDATE**<br><br>Judge:  The Honorable Jon S. Tigar<br>Action Filed:  June 12, 2014 |

Proposed Intervenor-Plaintiffs Damien D. Olive, et al. have filed a motion to intervene. (Mot. to Intervene, ECF No. 130) and brief in support of a writ of mandate (ECF No. 130-4). Under Northern District Local Rule 7-3, the deadline for Defendants Scott Kernan, S. Pajong, J. Walker, D. Bright, and J. Dunlap's response is July 19, 2017, and to which the reply is due on July 26, 2017.  Having met and conferred, the parties jointly request that the briefing schedule be modified so that the response to the motion to intervene and the brief in support of a writ of mandate is due on July 31, 2017, and the reply is due August 10, 2017.  No other deadlines will be effected.

Dated: /s/ *Martine D'Agostino*
MARTINE D'AGOSTINO
DEPUTY ATTORNEY GENERAL
ATTORNEY GENERAL OF CALIFORNIA
*Attorney for Defendants*
*Scott Kernan, S. Pajong, J. Walker, D. Bright,*
*and J. Dunlap*

Dated: /s/ *Jeremy Fancher*
JEREMY FANCHER*
BRYAN CAVE LLP
*Attorney for Proposed Intervenor-Plaintiffs*

### [PROPOSED] ORDER

Having read and considered the foregoing, and good cause appearing therefore, the Court GRANTS the parties' stipulated request to modify the briefing schedule on the motion to intervene. Defendants' last day to respond to the motion is July 31, 2017, and the proposed Intervenor-Plaintiffs' last day to reply is August 10, 2017. The hearing on this motion is continued to September 12, 2017 at 2:00 p.m.

IT IS SO ORDERED.

Dated: July 12, 2017

The Hon. S. Jon Tigar
District Judge

* As required under Northern District Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained Jeremy Fancher.

SF2015400052
20999130.doc