UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 23 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHILOH HEAVENLY QUINE, FKA Rodney James Quine, <br><br> Plaintiff - Appellee, <br><br> and <br><br> MICHAEL HERNANDEZ CONTRERAS; et al., <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> SCOTT KERNAN, Secretary of California Department of Corrections and Rehabilitation; et al., <br><br> Defendants - Appellants. | No. 17-16148 <br><br> D.C. No. 3:14-cv-02726-JST <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |
| SHILOH HEAVENLY QUINE, FKA Rodney James Quine, <br><br> Plaintiff - Appellant, <br><br> and <br><br> MICHAEL HERNANDEZ CONTRERAS; et al., <br><br> Intervenor-Plaintiffs, | No. 17-16212 <br><br> D.C. No. 3:14-cv-02726-JST <br> U.S. District Court for Northern California, San Francisco |

v.

SCOTT KERNAN, Secretary of
California Department of Corrections
and Rehabilitation; et al.,

        Defendants - Appellees.

The judgment of this Court, entered June 29, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. Each party will bear its own costs on appeal.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Rhonda Roberts
        Deputy Clerk
        Ninth Circuit Rule 27-7