XAVIER BECERRA  
Attorney General of California  
JAY C. RUSSELL  
Supervising Deputy Attorney General  
MARTINE N. D'AGOSTINO  
Deputy Attorney General  
Bar No. 256777  
455 Golden Gate Avenue, Suite 11000  
San Francisco, CA 94102-7004  
Telephone: (415) 510-3563  
Fax: (415) 703-5843  
Martine.DAgostino@doj.ca.gov  
*Attorneys for Defendants*  
*California Department of Corrections and Rehabilitation, Scott Kernan, S. Pajong, J. Walker, D. Bright, and J. Dunlap*

CHRISTOPHER J. BANKS, BAR NO. 218779  
PHILLIP J. WIESE, BAR NO. 291842  
LOUIS Y. LEE, BAR NO. 315753  
MORGAN, LEWIS & BOCKIUS LLP  
One Market, Spear Street Tower  
San Francisco, California 94105-1126  
Telephone: (415) 442-1000  
Fax: (415) 442-1001  
chris.banks@morganlewis.com  
phillip.wiese@morganlewis.com  
louis.lee@morganlewis.com

SHAWN THOMAS MEERKAMPER, BAR NO. 296964  
TRANSGENDER LAW CENTER  
PO Box 70976  
Oakland, California 94612  
Telephone: (510) 587-9696  
Fax: (510) 587-9699  
shawn@transgenderlawcenter.org

*Attorneys for Plaintiff*  
*Shiloh Quine*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHILOH QUINE,**<br><br>Plaintiff,<br><br>v.<br><br>**SCOTT KERNAN, et al.,**<br><br>Defendants. | C 14-02726 JST<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 19<br>Judge: The Honorable Jon S. Tigar |

Plaintiff Shiloh Quine and Defendants Scott Kernan, S. Pajong, D. Bright, J. Dunlap and J. Lewis (collectively with Plaintiff and the California Department of Corrections and Rehabilitation ("CDCR"), the "Parties"), submit the Stipulation and [Proposed] Order of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**WHEREAS,** the Parties entered into a Settlement Agreement on August 7, 2015 in this action (Dkt. #49);

**WHEREAS,** paragraph III.1.I of the Settlement Agreement provided that "[u]pon execution of all of this Agreement's terms, Plaintiff agrees to dismiss the Complaint with prejudice";

**WHEREAS,** both Parties have fully executed all of the Agreement's terms, as interpreted by the Ninth Circuit Court of Appeals;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties, through their undersigned counsel, that this action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). No party shall seek from any other party recovery of its costs and/or attorneys' fees.

Dated: March 26, 2019           */s/ Phillip J. Wiese*
                                *Counsel for Plaintiff*


Dated: March 26, 2019           */s/ Martine N. D'Agostino*
                                *Counsel for Defendants*

| | |
|---|---|
| 1 | Per the Parties' stipulation, IT IS SO ORDERED. |
| 2 | |
| 3 | Dated: March 27, 2019 _____ |
| | Honorable Jon S. Tigar |
| 4 | United States District Judge |