UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHILOH HEAVENLY QUINE,<br>*formerly known as*<br>Rodney James Quine,<br><br>Petitioner,<br><br>v.<br><br>A. OLA, et al,<br><br>Respondents. | Case No. 24-cv-01202 NC (PR)<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Jon S. Tigar to determine whether it is related to Case No. 14-cv-2726 JST, *Shiloh H. Quine v. Damien D. Olive, et al.*

**IT IS SO ORDERED.**

DATED: March 6, 2024

NATHANAEL M. COUSINS
United States Magistrate Judge

Judicial Referral
PRO-SE\NC\HC 2024\01202Quine_relate-case